# EXHIBIT A

Dear Julia Briggs:

Right now you may be buried under a mountain of high-interest credit card debt and crushing monthly payments. But we can help you fix that once and for all.

**You have been pre-approved** for a Debt Consolidation Loan of up to **$40,500** with an Annual Percentage Rate as low as **3.11%**. Just compare that bargain rate to the sky-high interest you currently pay on your credit card balance every month ... the difference will shock you.

*Plus, you can even borrow an extra $10,000 and still save up to $507 every month!*

|  | CURRENT BALANCE | INTEREST RATE | MONTHLY PAYMENT | MONTHLY SAVINGS | FIRST YEAR SAVINGS |
|---|---|---|---|---|---|
| WHAT YOU HAVE NOW | $30,500 | 19.90% | $671 | NONE | NONE |
| WHAT YOU WILL HAVE WITH US | $40,500 | 3.11% | $164 | $507 | $6,079 |

All you need to do is call Polo Funding at **1-800-637-1568** today to get started!

With this one easy step, you can take control of your finances and **save $6,000 in the first year alone.** And you'll save tens of thousands of dollars over the life of your loan — that's money that goes to you, not to the credit card companies!

Think about what you can do with the money you save ... pay college tuition, replace an old car, remodel the kitchen, save for retirement ... it's up to you ... **but this is real money that adds up to BIG savings.**

Remember, every day you wait is another day credit card companies collect more interest charges. **Why not put that money in your pocket instead?**

Apply online at **mypolofunding.com/Julia** or call **1-800-637-1568** and mention **Your Invitation Code PL38021A2F2** to get started.

Sincerely,

*A. Hentgen*

**A. Hentgen**
Chief Marketing Officer, Polo Funding

P.S. <u>**Your pre-approval status is only good for a limited time**</u> and this is your best opportunity to lock in a rate as low as **3.11%** so don't wait to start your savings — call today!

## Apply Online Now: mypolofunding.com/Julia


**PF POLO FUNDING**
See other side for additional information

YOUR INVITATION CODE
**PL38021A2F2**

**Company Information:**

This notice and associated materials are provided, managed and originated by Polo Funding who is solely responsible for the content.

**Prescreen and Opt-Out Notice:**

This "prescreened" notice of credit is based on information in your credit report indicating that you meet certain criteria. This notice is not guaranteed if you do not meet select criteria.

If you do not want to receive the prescreened notices of credit from this and other companies please call the Federal Trade Commission's Opt-Out number toll-free at 1-888-5OPT-OUT (1-888-567-8688).
You may also write to your credit bureaus at:

Equifax Options
PO Box 74123
Atlanta, GA 30374-0123

TransUnion Opt-Out Request
PO Box 505
Woodlyn, PA 19094-0505

Experian Consumer Opt-Out
PO Box 919
Allen, TX 75013

Rates, fees and program guidelines are subject to change without notice. Certain restrictions may apply.

PL38021A2F2

**FUNDS DISTRIBUTION DEPARTMENT**

**PAYMENT REDUCTION VOUCHER**

URGENT: <u>YOU HAVE BEEN PRE-APPROVED</u> for a Debt Consolidation Loan in the amount shown on this Payment Reduction Voucher (PRV). To take advantage of this offer, you must call the priority processing number soon. THERE IS NO OBLIGATION. CALL NOW!

PAY UP TO: **** Forty Thousand Five Hundred Dollars And No Cents ****

YOUR INVITATION CODE: PL38021A2F2

ELIGIBLE AMOUNT: $40,500.00

CALL NOW TO LOCK IN YOUR RATE!

**1-800-637-1568**
TOLL FREE!

TO THE ORDER OF:
Julia Briggs
29w371 Crabtree Ln
Warrenville, IL 60555-2649

679 200274

*Finance Solutions*

A. Hentgen
AUTHORIZED SIGNATURE            THIS IS NOT A CHECK

jRBNB_NoBLUE_FLD-v2 - 21791