# EXHIBIT B

       

Home | My Network | Jobs | Messaging | Notifications | Me



# Billy Palmer · 3rd

Negotiator at Strategic Financial Solutions NY

- Strategic Financial Solutions NY
- Eastern Florida State College

Melbourne, Florida, United States · Contact info

205 connections

🔒 Message    More

## About

I am currently a full time Debt Negotiator for Strategic Financial Solutions. I help everyday consumers by negotiating on their behalf with creditors to settle their debt. Debt from hardships such as medical, loss or wage and so on. While on the Monarch Legal Group Portfolio I am goal oriented with my team in helping the financial lives of consumers.

  Home | My Network | Jobs | Messaging | Notifications |  Me

Currently, I have a 2 year Degree from Eastern Florida State College in General studies. I am enrolled part time at EFSC in the Bachelors of Applied Science program to earn my business degree in Organizational Management.

## Experience



**Negotiator**
Strategic Financial Solutions NY · Full-time
May 2021 - Present · 8 mos
United States

**Licensed Sales Producer/ Account Manager**
Allstate Younger Agency Inc. · Full-time
Feb 2013 - Sep 2021 · 8 yrs 8 mos
4800 Dairy Rd Ste 104 Melbourne Fl 32904

My passion is to provide the best sales and service to my customers and prospects. I accomplish this by listening and understanding to their needs

**Assistant Football Coach**
Melbourne High School
Feb 2010 - Dec 2019 · 9 yrs 11 mos
Melbourne, Florida

Assistant coach from 2010-2014. Offensive adviser/ recruiting coordinator from 2014 to 2019



**Sales Associate**
Radio Shack
Nov 2012 - Feb 2013 · 4 mos

  

| | |
|---|---|
| Home | My Network | Jobs | Messaging | Notifications | Me |

### Copy & Print Associate
Staples
Mar 2010 - Nov 2012 · 2 yrs 9 mos

Copy and Print Associate

## Education



### Eastern Florida State College
Bachelor of Applied Science - BASc, Organizational Management/ Sports Management
2020 - 2023



### Eastern Florida State College
Associate's degree, General Studies
2009 - 2017

### Melbourne High School
High School Diploma, General Studies
2005 - 2009
Grade: 12

## Volunteering

### Football Coach
West Melbourne Youth Football and Cheer
Aug 2009 - Present · 12 yrs 5 mos

I have been a volunteer Youth Football coach for 11 seasons with West

Case: 1:22-cv-03705 Document #: 1-2 Filed: 07/18/22 Page 5 of 9 PageID #:60

  

Home   My Network   Jobs   Messaging   Notifications   Me

### Head Basketball Coach
West Melbourne Youth Basketball
Nov 2017 - Present · 4 yrs 2 mos

Head Basketball coach of West Melbourne Boys 14U Division

---

### Tackle Director
West Melbourne Youth Football and Cheer
Jan 2020 - Present · 2 yrs

Youth football and cheer league. Tackle Director in charge of all tackle football operations.

**See all 5 volunteering**

## Skills

**Team Leadership** · 1

**Microsoft Office** · 1

**Customer Service** · 1

**See all 22 skills**

## Interests

**Companies**   Schools

### Allstate

  

Home   My Network   Jobs   Messaging   Notifications   Me

**Strategic Financial Solutions NY**
15,699 followers

＋ Follow

See all 7 companies

Ad  •••

Create human-centered, innovative experiences for millions today.



Scott, grow your tech career at Capital One

Apply Now

**People Also Viewed**

**Michael Scannapieco** • 3rd
Team Lead for Payments at Strategic Financial Solutions NY

Connect

**Jessica Irons** • 3rd+
Realtor at Dale Sorensen Real Estate, Inc.

12/15/21, 1:11 PM    Billy Palmer | LinkedIn

Case: 1:22-cv-03705 Document #: 1-2 Filed: 07/18/22 Page 7 of 9 PageID #:62

 

Home | My Network | Jobs | Messaging | Notifications | Me

Michele Rizzuto • 3rd+
Assistant Vice President; Financial Solutions Advisor at Merrill Lynch

Message

Brittany Stewart • 3rd+
Negotiator at Strategic Financial Solutions NY

Message



Starr Quarles • 3rd+
Financial Advisor at Strategic Financial Solutions NY

Connect

Show more

**People you may know**



Peter Stypa
Field Operational Risk Officer, Assistant Vice President

Connect



John Anderson
Circuit Court Judge at State of Illinois

Connect

Georgette Geha
Corporate Attorney at Metra Commuter Rail

Connect

Case: 1:22-cv-03705 Document #: 1-2 Filed: 07/18/22 Page 8 of 9 PageID #:63





Home    My Network    Jobs    Messaging    Notifications    Me

Connect

**Reid Walters**
Investment Underwriter at Capitalization Aspects

Connect

Show more



 

Home  My Network  Jobs  Messaging  Notifications   Me