UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
Eastern Division

Julia Briggs
                                                          Plaintiff,

v.                                                                      Case No.: 1:22−cv−03705
                                                                               Honorable Edmond E. Chang

Strategic Financial Solutions, LLC, et al.

                                                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 3, 2022:

      MINUTE entry before the Honorable Edmond E. Chang: On review of the complaint, the Court poses the following jurisdictional inquiry. The Plaintiff premises jurisdiction on diversity of citizenship, 28 U.S.C. § 1332, and the Class Action Fairness Act. The complaint alleges that Defendant Strategic Financial Solutions LLC is a Nevada corporation headquartered in New York and that Defendant Versara LLC is a Delaware corporation with is principal place of business in New York. 22–23. But if, as their names suggest, the Defendants truly are LLCs, then this is an insufficient allegation of citizenship. The citizenship of an LLC is not like a corporation's; instead, an LLC is a citizen of every state where its **members** are citizens. Wise v. Wachovia Securities, LLC, 450 F.3d 265, 267 (7th Cir. 2006). It is true that, under CAFA, only minimal diversity is required, so almost surely CAFA jurisdiction is secure. But confirmation is needed. On or before 08/12/2022, the Plaintiff shall file either an amended complaint fixing the jurisdiction allegations or otherwise file a Jurisdictional Memorandum explaining why the current complaint sufficiently alleges jurisdiction. If an amended complaint is filed, then the pleading must specifically identify each member and its citizenship. See Meyerson v. Showboat Marina Casino P'ship, 312 F.3d 318, 321 (7th Cir. 2002); Thomas v. Guardsmark, LLC, 487 F.3d 531, 534 (7th Cir. 2007) (ordering disclosure of each members' identities and citizenship). To track the case only (no appearance is required, the case will not be called), a tracking status hearing is set for 08/19/2022 at 8:30 a.m. Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our

web site at *www.ilnd.uscourts.gov*.