# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Julia Briggs

                              Plaintiff,

v.                                                      Case No.: 1:22–cv–03705

                                                            Honorable Edmond E. Chang

Strategic Financial Solutions, LLC, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 18, 2022:

      MINUTE entry before the Honorable Edmond E. Chang: On review of the First Amended Complaint, R. 5, it is still not clear what is the nature of the corporate structure for Defendant Strategic Financial Solutions, LLC. See R. 5, para. 22 (describing Strategic as a corporation but also stating that it has two members). In any event, at this point it is best to address this issue when the Defendants appear in the case. The answer deadline on the original complaint appears to have been 08/17/2022; in any event, the parties shall file the joint initial status report by 09/07/2022. Plaintiff must still file the report even if Defendant has not responded to requests to craft a joint report. If not all Defendants have been served, then Plaintiff must complete the part of the report on the progress of service. The tracking status hearing of 08/19/2022 is reset to 09/23/2022 at 8:30 a.m., but to track the case only (no appearance is required, the case will not be called). Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.