## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Julia Briggs

                                        Plaintiff,

v.                                                      Case No.: 1:22–cv–03705
                                                        Honorable Edmond E. Chang

Strategic Financial Solutions, LLC, et al.

                                        Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 6, 2022:

     MINUTE entry before the Honorable Edmond E. Chang: On review of the status report, R. 16, and the agreed extension motion [15] to respond to the complaint, the response to the complaint is now due on 11/07/2022 for both Defendants. The Defendants anticipate filing a motion to compel arbitration. The tracking status hearing of 10/07/2022 is reset to 11/18/2022 at 8:30 a.m., but to track the case only (no appearance is required, the case will not be called). Instead, if a motion to compel is filed, then the Court will set a briefing schedule (and will decide whether to pause discovery during the motion's pendency). If no motion to compel is filed, then the parties shall file a proposed discovery schedule on 11/10/2022. Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.