# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Julia Briggs

                        Plaintiff,

v.                                                           Case No.: 1:22–cv–03705

                                                                       Honorable Edmond E. Chang

Strategic Financial Solutions, LLC, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, November 17, 2022:

        MINUTE entry before the Honorable Edmond E. Chang: On the Defendants' motion [18], [19] to dismiss or to compel arbitration, the Plaintiff's response (in one single filing) is due by 12/12/2022 (the Plaintiff may file an appropriate motion for extra pages). The defense replies are due by 01/05/2023. For now, discovery is paused. The tracking status hearing of 11/18/2022 is reset to 01/13/2023 at 8:30 a.m., but to track the case only (no appearance is required, the case will not be called). Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.