UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JULIA BRIGGS, Individually and on Behalf Of All Other Similarly Situated, </br></br>Plaintiff, </br></br>v. </br></br>STRATEGIC FINANCIAL SOLUTIONS, LLC, VERSARA LENDING, LLC, and JOHN DOES 1-100, </br></br>Defendants. | Case No. 22-cv-03705 </br></br>Hon. Edmond Chang |

## JURISDICTIONAL STATEMENT AND STATUS REPORT

Defendants StratFS, LLC (f/k/a Strategic Financial Solutions, LLC) and Versara Lending, LLC (collectively, "Defendants") respond as follows to the Court's February 2, 2024 Order (Dkt. 41) requesting a short jurisdictional statement. In addition, Defendants hereby request that this Court stay the proceedings in this matter pending resolution of certain proceedings in the Western District of New York. In support thereof, Defendants state as follows:

1. On February 2, 2024, this Court entered an order requiring Defendant StratFS to file a short jurisdictional statement identifying its members and their states of citizenship. (Dkt. 41.) StratFS responds to the Court's inquiry as follows: StratFS, LLC's sole member is Strategic Family, Inc., which is a Delaware corporation with its principal place of business in New York.

2. Separately, we write to advise you of a significant event that is likely to impact any future proceedings in this case. On January 11, 2024, the United States District Court for the Western District of New York ("Western District Court") entered a temporary restraining order barring, *inter alia*, StratFS and Versara from engaging in certain conduct. The Western District Court also appointed a temporary receiver for those entities. *See Consumer Fin. Prot. Bureau v.*

*Blumkin, et al.*, W.D.N.Y. Case No. 1:24-cv-00040-EAW-MJR at Dkt. 12. The Western District Court's order prohibits (with limited exceptions not applicable here) any person from prosecuting any suit or proceeding against the enjoined parties without leave of the Court. *See id.* at § XXI(A)(1). On February 1-2 and February 7, 2024, the Western District Court held a preliminary injunction hearing, and a ruling is pending. The Western District Court's ruling in that matter will impact Defendants' ability to proceed with this case. Accordingly, Defendants respectfully submit that this matter should be stayed pending a ruling on the preliminary injunction motion before the Western District Court (and any resulting appeals).

Dated: February 8, 2024                                     Respectfully submitted,

                                                                    *s/Timothy D. Elliott*_____
                                                                    Timothy D. Elliott
                                                                    Emily A. Shupe
                                                                    300 E. Roosevelt Rd., Suite 220
                                                                    Wheaton, IL 60187
                                                                    630-668-8500
                                                                    telliott@rathjelaw.com
                                                                    eshupe@rathjelaw.com

                                                                    Attorneys for Defendants

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 8, 2024, I caused the foregoing document to be filed electronically with the Clerk of the Court through ECF and to be served upon all counsel of record by filing the same with the CM/EFC system.

      *s/ Timothy D. Elliott*