UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JULIA BRIGGS, Individually and on Behalf Of All Other Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>STRATEGIC FINANCIAL SOLUTIONS, LLC, VERSARA LENDING, LLC, and JOHN DOES 1-100,<br><br>Defendants. | Case No. 22-cv-03705<br><br>Hon. Edmond Chang |

**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**

Timothy D. Elliott and Emily A. Shupe of Rathje Woodward LLC (collectively, "RW") respectfully move this Court, pursuant to Northern District of Illinois Local Rule 83.17, for leave to withdraw as counsel of record for StratFS, LLC (incorrectly named herein as Strategic Financial Solutions, LLC and hereinafter "SFS") and Versara Lending, LLC ("Versara"). In support of its motion, RW states as follows:

1. Briggs filed this lawsuit in July 2022. After Versara was served with the complaint, it filed a motion to stay this action and compel arbitration in November 2022. SFS filed a motion to dismiss for lack of personal jurisdiction, or, in the alternative, to stay and compel arbitration, in November 2022. Those motions remain pending before the Court. The lead RW attorneys handling this matter on behalf of SFS have been Timothy Elliott and Emily Shupe, who are the only current counsel of record for SFS and Versara.

2. On January 10, 2024, the United States District Court for the Western District of New York (the "Western District Court") entered a temporary restraining order against SFS, Versara, and others, and it appointed a receiver. Since that time, RW has continued to represent SFS and Versara in this action. However, because the above-referenced motions are still pending before this Court, the undersigned counsel's work in this case since the appointment of the receiver has been limited to filing short status reports with the Court.

3. However, on Friday, March 1, the Receiver (through his counsel) advised RW that the Receiver has not "engaged" RW. Based on that, RW has concluded that RW should no longer represent SFS in this matter. RW has apprised the Receiver's counsel of this conclusion, and the Receiver has not disagreed.

4. Accordingly, pursuant to Local Rule 83.17 and Illinois Rule of Professional Conduct 1.16(a)(3), RW is required to seek leave to withdraw. In addition, under Illinois Rule of Professional Conduct 1.16(b)(6), good cause exists for RW to withdraw and terminate its representation of SFS, as the Receiver's directives have made it unreasonably difficult, if not impossible, to effectively represent SFS in this matter.

5. Attached hereto as Exhibits 1 and 2 are Local Rule 83.17 Notification of Party Contact Information forms for SFS and Versara.

6. Because the potentially dispositive motions remain pending, no discovery has yet occurred, and the TRO and preliminary injunction orders entered by the Western District Court provide for stays of all pending actions (with certain

exceptions not applicable here), granting this motion will not prejudice the interests of any party, and it will not delay the proceedings in this case.

WHEREFORE, Rathje Woodward LLC respectfully requests that this Court: (1) grant Timothy D. Elliott and Emily A. Shupe of Rathje Woodward LLC leave to withdraw as counsel for Defendants StratFS, LLC and Versara Lending, LLC; and (2) grant any other such relief as this Court deems just and necessary.

Dated: March 5, 2024

Respectfully submitted,

/s/*Emily A. Shupe*
Timothy D. Elliott
Emily A. Shupe
RATHJE WOODWARD LLC
300 E. Roosevelt Rd., Suite 220
Wheaton, IL 60187
T: 630-668-8500
F: 630-668-9218
telliott@rathjelaw.com
eshupe@rathjelaw.com

## **CERTIFICATE OF SERVICE**

I, Emily A. Shupe, an attorney, certify that I caused a copy of the foregoing Motion for Leave to Withdraw as Counsel to be served upon counsel of record and individuals listed below via FedEx and electronic mail as indicated below on March 5, 2024:

StratFS, LLC
c/o Thomas W. McNamara
115 Lawrence Bell Drive
Buffalo, NY 14221
*Via FedEx*

StratFS, LLC
711 3rd Avenue, 6th Floor
New York, NY 10017
*Via FedEx*

Thomas W. McNamara, Receiver
c/o James Thoman
Hodgson Russ LLP
140 Pearl Street, Suite 100
Buffalo, NY 14202
jthoman@hodgsonruss.com
*Via FedEx and electronic mail*

and on counsel of record for the Plaintiff via the Court's ECF filing system.

*s/Emily A. Shupe*

06/12/15

**United States District Court**
**Northern District of Illinois**

**Notification of Party Contact Information**

**Directions**: This form must be attached to a motion to withdraw from a case when no other attorney of record has been noted on the docket. A completed form must be electronically filed as an attachment to the motion to withdraw. The address and telephone number of your client must be completed on this form to enable the Court to contact your client in the future if the motion to withdraw is granted.

**Case Number**: 22-cv-03705

**Case Title**: Briggs v. Strategic Financial Solutions, LLC, Versara Lending, LLC, et al.

**Judge**: Edmond Chang

**Name of Attorney submitting the motion to withdraw**:
Emily A. Shupe

**Name of Client**:
StratFS, LLC (incorrectly named as Strategic Financial Solutions, LLC)

**Mailing address of Client**: 115 Lawrence Bell Drive

**City**: Buffalo  **State**: NY

**Zip**: 14221  **Telephone Number**: 212-810-4545

I attest that the above information is true and correct to the best of my knowledge.

Signed: *Emily A. Shupe*

**Date**: March 5, 2024

**Exhibit 1**

06/12/15

**United States District Court**
**Northern District of Illinois**

**Notification of Party Contact Information**

**Directions**: This form must be attached to a motion to withdraw from a case when no other attorney of record has been noted on the docket. A completed form must be electronically filed as an attachment to the motion to withdraw. The address and telephone number of your client must be completed on this form to enable the Court to contact your client in the future if the motion to withdraw is granted.

**Case Number**: 22-cv-03705

**Case Title**: Briggs v. Strategic Financial Solutions, LLC, Versara Lending, LLC, et al.

**Judge**: Edmond Chang

**Name of Attorney submitting the motion to withdraw**:
Timothy D. Elliott

**Name of Client**:
StratFS, LLC (incorrectly named as Strategic Financial Solutions, LLC)

**Mailing address of Client**: 115 Lawrence Bell Drive

**City**: Buffalo             **State**: NY

**Zip**: 14221              **Telephone Number**: 212-810-4545

I attest that the above information is true and correct to the best of my knowledge.

Signed: _____

**Date**: March 5, 2024

**Exhibit 1**

06/12/15

**United States District Court**
**Northern District of Illinois**

**Notification of Party Contact Information**

**Directions**: This form must be attached to a motion to withdraw from a case when no other attorney of record has been noted on the docket. A completed form must be electronically filed as an attachment to the motion to withdraw. The address and telephone number of your client must be completed on this form to enable the Court to contact your client in the future if the motion to withdraw is granted.

**Case Number**: 22-cv-03705

**Case Title**: Briggs v. Strategic Financial Solutions, LLC, Versara Lending, LLC, et al.

**Judge**: Edmond Chang

**Name of Attorney submitting the motion to withdraw**:
Emily A. Shupe

**Name of Client**:
Versara Lending, LLC

**Mailing address of Client**: 711 3rd Avenue

**City:** New York         **State:** NY

**Zip:** 10017         **Telephone Number:** 212-810-4543

I attest that the above information is true and correct to the best of my knowledge.
**Signed:** _/s/ Emily A. Shupe_
**Date:** March 5, 2024

**Exhibit 2**

06/12/15

**United States District Court**
**Northern District of Illinois**

**Notification of Party Contact Information**

**Directions**: This form must be attached to a motion to withdraw from a case when no other attorney of record has been noted on the docket. A completed form must be electronically filed as an attachment to the motion to withdraw. The address and telephone number of your client must be completed on this form to enable the Court to contact your client in the future if the motion to withdraw is granted.

**Case Number**: 22-cv-03705

**Case Title**: Briggs v. Strategic Financial Solutions, LLC, Versara Lending, LLC, et al.

**Judge**: Edmond Chang

**Name of Attorney submitting the motion to withdraw**:
Timothy D. Elliott

**Name of Client**:
Versara Lending, LLC

**Mailing address of Client**: 711 3rd Avenue

**City:** New York                      **State:** NY

**Zip:** 10017                          **Telephone Number:** 212-810-4543

I attest that the above information is true and correct to the best of my knowledge.

Signed: _____

**Date:** March 5, 2024

**Exhibit 2**