**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: Briggs v. Strategic Financial     Case Number: 22-cv-03705
Solutions, et al

An appearance is hereby filed by the undersigned as attorney for:
Thomas W. McNamara as Receiver for StratFS, LLC

Attorney name (type or print):  Jamal M. Edwards

Firm:    Hilgers Graben, PLLC

Street address:    1018 W. Madison St., Suite 500

City/State/Zip:    Chicago, IL  60607

Bar ID Number:  6277420                    Telephone Number:    312-554-5845
(See item 3  in instructions)

Email Address: jedwards@hilgersgraben.com

| | | |
|---|---|---|
| Are you acting as lead counsel in this case? | ☒ Yes | ☐ No |
| Are you a member of the court's general bar? | ☒ Yes | ☐ No |
| Are you a member of the court's trial bar? | ☒ Yes | ☐ No |
| Are you appearing *pro hac vice*? | ☐ Yes | ☒ No |
| If this case reaches trial, will you act as the trial attorney? | ☒ Yes | ☐ No |

If this is a criminal case, check your status.     ☐    Retained Counsel

☐    Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 3/18/2024

Attorney signature:    S/ Jamal M. Edwards
                       (Use electronic signature if the appearance form is filed electronically.)

Revised  7/19/2023