UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JULIA BRIGGS, on behalf of herself and all others similarly situated,<br><br>         *Plaintiff,*<br><br>v.<br><br>STRATEGIC FINANCIAL SOLUTIONS, LLC; VERSARA LENDING, LLC; and DOES 1-100,<br><br>         *Defendants.* | Case No.: 1:22-cv-3705<br>Judge: Hon. Edmond Chang |

**PLAINTIFF'S POSITION STATEMENT**

In response to this Court's Order of March 27, 2024 (*see* ECF No. 65), Plaintiff submits the following Position Statement, stating her position that she believes this is an appropriate time to seek leave of the Court to amend her complaint to include the individuals who are at the heart of the scheme outlined in both Plaintiffs' complaint and the CFPB Action, specifically Messrs. Sasson, Blust, and Behar. In support of this Position Statement, Plaintiff states as follows:

1. On April 5, 2012, counsel for Plaintiff and the Receiver met and conferred pursuant to this Court's order of March 27, 2024.

2. At that time, Plaintiff indicated that she would seek leave to add individual, non-receivership defendants to her action, specifically Messrs. Sasson, Blust, and Behar. Messrs. Sasson and Blust have been previously detailed in Plaintiff's active complaint, though the role of Mr. Behar had been less clear to Plaintiff until the CFPB Action. Counsel for Defendants indicated that he would not oppose Plaintiff's request.

3. Counsel for Plaintiff also indicated that while she would oppose a stay of the proceedings, Plaintiff would not seek to further advance her case against Defendants at this time absent discovery requests relating to the prospective individual defendants.

4. As stated in Plaintiff's previous position statement, Plaintiff had previously considered doing so prior to the CFPB Action as more information came to light, but were unable to do so because of the stay already in place by this Court.

5. Plaintiff will seek to unpause discovery in this matter to seek discovery solely against the additional proposed individual defendants, and to issue discovery requests to third parties who have already received discovery from Defendants. Plaintiff will seek to minimize any burden of Defendants given the limited resources that Receiver controls while operating Defendants' businesses. Counsel for Defendants indicated that, at this stage, they would not oppose such discovery against the proposed individual defendants and to third parties.

6. Plaintiff will also seek leave of the Court to add additional named plaintiffs in this case. Counsel for Defendant indicated to Plaintiff that Defendants would not oppose Plaintiff's request.

7. Messrs. Sasson, Blust, and Behar are, at this point, the only individuals likely to have any assets worth pursuing, and Plaintiff will focus her claims on them to the extent possible.

8. Also as previously stated, should Plaintiff be able to resolve her claims with Defendants, she will seek leave of the CFPB court in order to enforce them, as Defendants clearly are bound by the PI.

Dated: April 15, 2024　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　/s/ Carl V. Malmstrom
　　　　　　　　　　　　　　　　　　　　　　　Carl V. Malmstrom
　　　　　　　　　　　　　　　　　　　　　　　**WOLF HALDENSTEIN ADLER**
　　　　　　　　　　　　　　　　　　　　　　　 **FREEMAN & HERZ LLC**

111 W. Jackson Blvd., Suite 1700
Chicago, IL 60604
Tel: (312) 984-0000
Fax: (212) 686-0114
malmstrom@whafh.com

Scott Priz
**PRIZ LAW LLC**
3230 S. Harlem Ave., Suite 221B
Riverside, IL 60546
Tel: (708) 762-3143
priz@priz-law.com