**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Julia Briggs

                        Plaintiff,

v.                                                       Case No.: 1:22−cv−03705
                                                        Honorable Edmond E. Chang

Strategic Financial Solutions, LLC, et al.

                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, April 25, 2024:

       MINUTE entry before the Honorable Edmond E. Chang: On review of the position statements, R. 66, 67, the Court authorizes the Plaintiff to seek non−party discovery on potential claims against individuals or entities that are not part of the Receivership in CFPB et al. v. Stratfs, LLC et al., 24−cv−40 (W.D.N.Y.). The Plaintiff may also take any other steps (such as filing a motion to add new Plaintiffs) after conferral with the Receiver. This case otherwise remains stayed, for now, as to the Receivership Defendants. The tracking status hearing of 04/26/2024 is reset to 06/14/2024 at 8:30 a.m., but to track the case only (no appearance is required, the case will not be called). Instead, the Plaintiff shall file a status report by 06/07/2024. Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.