**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| JULIA BRIGGS, on behalf of herself and all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>STRATEGIC FINANCIAL SOLUTIONS, LLC; VERSARA LENDING, LLC; and DOES 1-100,<br>*Defendants.* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.: 1:22-cv-3705<br>Judge: Hon. Edmond Chang |

**<u>JOINT AGREED MOTION FOR ENTRY OF A PROTECTIVE ORDER</u>**

Plaintiff Julia Briggs ("Plaintiff") and Defendants Strategic Financial Solutions, LLC and Versara Lending, LLC ("Defendants," collectively the "Parties") hereby move this Court for the entry of a protective order governing the production of confidential information in this case. In support of their motion, the Parties state as follows:

1. The Parties adopt the model confidentiality order under L.R. 26.2 in its entirety with no substantive changes.

2. The Parties select "Alternative A" for depositions.

3. The Parties attach a draft of the proposed confidentiality order as Exhibit A, and will concurrently mail a copy to the Court as provided in the Court's procedures.

For the foregoing reasons, Plaintiff respectfully requests this Court grant Plaintiff three additional days to submit her Position Statement.

Dated: May 15, 2024

Respectfully submitted,

*<u>/s/ Carl V. Malmstrom</u>*
Carl V. Malmstrom
**WOLF HALDENSTEIN ADLER**
**FREEMAN & HERZ LLC**

111 W. Jackson Blvd., Suite 1700
Chicago, IL 60604
Tel: (312) 984-0000
Fax: (212) 686-0114
malmstrom@whafh.com

Scott Priz
**PRIZ LAW LLC**
3230 S. Harlem Ave., Suite 221B
Riverside, IL 60546
Tel: (708) 762-3143
priz@priz-law.com

*Attorneys for Plaintiff*

Jamal Edwards
**HILGERS GRABEN PLLC**
332 S Michigan Ave., Suite 121
Chicago, IL 60604
Tel: (312) 638-6996
jedwards@hilgersgraben.com

*Attorney for Defendants*