**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| JULIA BRIGGS, on behalf of herself and all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>STRATEGIC FINANCIAL SOLUTIONS, LLC; VERSARA LENDING, LLC; and DOES 1-100,<br>*Defendants.* | ) | Case No.: 1:22-cv-3705<br>Judge: Hon. Edmond Chang |

# NOTICE OF MOTION

TO: All Counsel of Record

PLEASE TAKE NOTICE that on Thursday, May 23, 2024 at 8:30 a.m. or as soon thereafter as counsel may be heard, Plaintiff, by her undersigned counsel, shall appear before the Honorable Edmond Chang or any Judge sitting in his stead, in the Courtroom usually occupied by her in Room 2341 of the Dirksen Federal Building, 219 S. Dearborn Street, Chicago, Illinois and shall then and there present the Joint Agreed Motion for a Protective Order, a copy of which is filed simultaneously herewith.

Dated: May 15, 2024 Respectfully submitted,

/s/ Carl V. Malmstrom
Carl V. Malmstrom
**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC**
111 W. Jackson Blvd., Suite 1700
Chicago, IL 60604
Tel: (312) 984-0000
Fax: (212) 686-0114
malmstrom@whafh.com

*Attorney for Plaintiff*