UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| JULIA BRIGGS, on behalf of herself and all others similarly situated, | ) ) ) | |
| *Plaintiff,* | ) ) ) ) | Case No.: 1:22-cv-3705<br>Judge: Hon. Edmond Chang<br>Magistrate: Hon. Gabriel Fuentes |
| v. | ) ) | |
| STRATEGIC FINANCIAL SOLUTIONS, LLC; VERSARA LENDING, LLC; and DOES 1-100, | ) ) ) | |
| *Defendants.* | ) | |

**JOINT STATUS REPORT**

In response to this Court's Order of March 18, 2025 (*see* ECF No. 97), Plaintiff submits the following Status Report:

1. On July 18, 2022, Plaintiff Julia Briggs filed a class action complaint against Strategic Financial Services, LLC ("SFS"), and Versara Lending, LLC ("Versara") (collectively "Defendants") under on two claims for relief, fraud and a violation of the Illinois Consumer Fraud Act, 815 ILCS 505/1 *et seq.* for Defendants' fraudulent business practices related to their debt negotiation services. (ECF No. 1.) In short, Plaintiff alleges that she was a victim of a pattern of behavior by Defendants where she believed she was signing up for legal services to help negotiate her debt when, in fact, she alleges that the law firm she signed on with (like many other law firms) were, instead, fronts for Defendants who took enormous fees from her while, in fact, negotiating few, if any, debts.

2. On November 7, 2022, Defendants filed motions to dismiss, or in the alternative, to compel arbitration. (ECF Nos. 17 and 18.)

3. After full briefing by the parties, Judge Chang fully denied Defendants' Motions to Dismiss on March 27, 2024. (ECF No. 65.)

4. On January 10, 2024, the Consumer Financial Protection Bureau and seven state attorneys general filed suit against Defendants, their related companies, and key individuals who helped operate the scheme outlined above, asking for a temporary restraining order ("TRO") against the defendants. *See Consumer Financial Protection Bureau et al v. Stratfs, LLC (f/k/a Strategic Financial Solutions, LLC) et al*, 1:24-cv-00040 (the "CFPB Action"), W.D.N.Y., ECF No. 1.

5. On Jan. 11, 2024 the Western District of New York granted the TRO, and appointed a Receiver to manage the lawful parts of SFS's business.

6. Following W.D.N.Y.'s receivership and a general stay, on April 25, 2024, Judge Chang authorized Plaintiff to seek non-party discovery on potential claims against individuals or entities that are not part of the W.D.N.Y. receivership. (ECF No. 68.)

7. On May 29, 2024, Plaintiff served the City of Chicago with a subpoena for all documents as part of the litigation captioned *City of Chicago v. Burnette Legal Group, LLC et al.*, Case No. 2022-CH-7197, Cir. Ct. Cook Cty. as well as *Burnette Legal Group LLC et al. v. City of Chicago*, Case No. 2023-CH03714. (See Ex. 1)

8. On June 20th, 2024, Burnette Legal Group, LLC d/b/a Monarch Legal Group ("Monarch") filed a motion to quash the subpoena to the City of Chicago, or in the alternative, a motion for a protective order. (ECF No. 76.) The City of Chicago did not raise any objections to the subpoena.

9. The discovery motion was fully briefed as of July 15, 2024. (ECF No. 82.)

10. Plaintiff has also subpoenaed documents from CFPB Action non-receivership defendant Fidelis Legal Support Services, LLC ("Fidelis"), and has received objections from Fidelis's counsel. Although both parties have met and conferred, no documents have been produced by Fidelis, and Plaintiff expects to file a motion to compel shortly.

11. Plaintiff anticipates shortly subpoenaing additional documents from additional third parties, but is waiting for this court's guidance on the subpoena to the City of Chicago, and it expects to receive similar objections to any subpoena as were raised by Monarch. At this time, having received no third-party documents, Plaintiff has no timeline for when she anticipates the completion of discovery.

12. In the CFPB Action a preliminary injunction was granted against the initial defendants on March 4, 2024. (CFPB ECF No. 184.) The CFPB Action plaintiffs have filed an amended complaint adding additional defendants, and the court has yet to rule on extending the preliminary injunction against those additional defendants.

13. The CFPB Action parties are also awaiting ruling on defendants' motions to dismiss. Only one motion to dismiss has been ruled on as a report and recommendation by the magistrate judge. (CFPB Action ECF No. 542.)

14. Also pending in the CFPB Action is plaintiffs' motion to show cause for contempt against defendants Jason Blust and Lit Def Strategies, LLC. (CFPB Action ECF No. 179.)

15. It is notable that in the CFPB Action all of defendants' funds have been placed under the control of the Receiver, and Plaintiff's discovery against Defendants remains stayed. Any judgment or settlement with Defendants this case would need to be approved by the Court in the Western District of New York.

16. However, Plaintiff anticipates adding additional non-receivership defendants and additional named plaintiffs in a second amended complaint once its third-party discovery has been completed.

17. At this time, Plaintiff does not have any schedule for proposed expert discovery.

Dated: March 21, 2025

Respectfully submitted,

/s/ *Carl V. Malmstrom*
Carl V. Malmstrom
**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC**
111 W. Jackson Blvd., Suite 1700
Chicago, IL 60604
Tel: (312) 984-0000
Fax: (212) 686-0114
malmstrom@whafh.com

Scott Priz
**PRIZ LAW LLC**
3230 S. Harlem Ave., Suite 221B
Riverside, IL 60546
Tel: (708) 762-3143
priz@priz-law.com

*Attorneys for Plaintiff*

/s/ Jamal Edwards
Jamal Edwards
**HILGERS GRABEN PLLC**
332 S Michigan Ave., Suite 121
Chicago, IL 60604
Tel: (312) 638-6996
JEdwards@hilgersgraben.com

*Attorney for Defendants*