**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

Julia Briggs

Plaintiff,

v.

Case No.: 1:22−cv−03705
Honorable Edmond E. Chang

Strategic Financial Solutions, LLC, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 2, 2025:

MINUTE entry before the Honorable Edmond E. Chang: The corrected motion [110] to withdraw and to substitute counsel is granted: Jamal Edwards is withdrawn from this case. In his place is attorney Jonathan Much, see R. 108. R. 109 is terminated as superseded by R. 110. Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.