UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Julia Briggs, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Strategic Financial Solutions, LLC, et al.,<br><br>Defendants. | Case No. 1:22-cv-3705<br><br>Honorable Edmond E. Chang<br><br>Magistrate Judge Gabriel A. Fuentes |

**UNOPPOSED DEFENDANTS' MOTION FOR SUBSTITUTION OF COUNSEL**

Defendants Strategic Financial Solutions, LLC and Versara Lending, LLC and Receiver Thomas W. McNamara, by and through their undersigned attorney, respectfully move this Honorable Court for entry of an order substituting Kevin B. Duff of Rachlis Duff & Peel, LLC as counsel for Defendants Strategic Financial Solutions, LLC and Versara Lending, LLC and Receiver Thomas W. McNamara, and withdrawing Jonathan G. Musch of Hilgers Graben PLLC, as counsel for Defendants Strategic Financial Solutions, LLC and Versara Lending, LLC and Receiver Thomas W. McNamara.

Substitution of counsel will not prejudice any party or delay proceedings in this case. Counsel for Plaintiffs do not oppose this motion or the relief requested.

WHEREFORE, Defendants Strategic Financial Solutions, LLC and Versara Lending, LLC and Receiver Thomas W. McNamara respectfully request that this motion be granted along with such other and further relief as is just and proper.

Dated: June 6, 2025

Respectfully submitted,

*/s/ Kevin B. Duff*
Kevin B. Duff
Rachlis Duff & Peel, LLC
542 S. Dearborn, Suite 900
Chicago, IL 60605
312-733-3390 (o)
kduff@rdaplaw.net

*Incoming Counsel*

*/s/ Jonathan G. Musch*
Jonathan G. Musch
Hilgers Graben PLLC
332 S. Michigan Ave. Ste. 121
Chicago, IL 60604
314-464-3391
jmusch@hilgersgraben.com

*Withdrawing Counsel*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 6, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF electronic filing system which will send notification of said filing to all parties of record.

By: */s/ Jonathan G. Musch*
Jonathan G. Musch