**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

Julia Briggs

                Plaintiff,

v.                                              Case No.: 1:22−cv−03705
                                              Honorable Edmond E. Chang

Strategic Financial Solutions, LLC, et al.

                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, July 15, 2025:

      MINUTE entry before the Honorable Edmond E. Chang: On review of the status report, R. 115, unless the Court missed it, there does not appear to be information on the status of the CFPB action, 1:24−cv−00040 (W.D.N.Y.). The Plaintiff shall file a status report (even a concise statement, as noted in R. 107), on the status of the CFPB action by 08/01/2025. The tracking status hearing of 07/18/2025 is reset to 08/08/2025 at 8:30 a.m., but to track the case only (no appearance is required, the case will not be called). Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.