**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

Julia Briggs
                                        Plaintiff,

v.                                         Case No.: 1:22−cv−03705
                                                        Honorable Edmond E. Chang

Strategic Financial Solutions, LLC, et al.
                                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, July 16, 2025:

      MINUTE entry before the Honorable Gabriel A. Fuentes: Third−party Monarch's motion to quash June 11 subpoena (doc. #[117]) is set for hearing and oral argument at 10 a.m. on 7/25/25 in Courtroom 1342 of the Dirksen U.S. Courthouse. All parties must appear. Mailed notice(ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.