# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JULIA BRIGGS, on behalf of herself and all others similarly situated, | ) ) ) |
| *Plaintiff,* | ) Case No.: 1:22-cv-3705 ) Judge: Hon. Edmond Chang ) Magistrate: Hon. Gabriel Fuentes |
| v. | ) ) |
| STRATEGIC FINANCIAL SOLUTIONS, LLC; VERSARA LENDING, LLC; and DOES 1-100, | ) ) ) |
| *Defendants.* | ) |

## JOINT STATUS REPORT

In response to this Court's Order of July 25, 2025 (*see* ECF No. 122), Plaintiff submits the following Status Report:

1. Following the hearing on July 25, 2025, the City of Chicago produced to Plaintiff the agreed documents in Plaintiff's second subpoena. Counsel for Mr. Timothy Burnette redacted the documents as ordered in ECF No. 122, and those have been produced to Plaintiff.

2. Plaintiff has, as of today, has served subpoenas upon the following third-parties: Jason Blust, Michelle Gallagher, Thomas Rogus, and Tim Burnette, all individuals with direct or close ties to Defendants.

3. Additionally, Plaintiff has attempted to serve Ryan Sasson, Albert Ian Behar, Richard Gustafson II, and Cameron Christo, but has, as of now, been unable to do so. Plaintiff is considering requesting alternative service from this court for one or more of these individuals. In all cases, no attorney identified for any of these individuals in the CFPB Action has been willing to accept service on their clients' behalf.

4. Having met and conferred with counsel for Jason Blust and Michelle Gallagher, Plaintiff is in the process of preparing motions to compel for those individuals, both of whom have declined to produce documents pursuant to stating a Fifth Amendment privilege not to do so. Plaintiff anticipates filing those motions in the very near future.

5. Tim Burnette has refused to produce any documents. Plaintiff will be seeking to meet and confer with counsel for Tim Burnette in the very near future.

6. Plaintiff is considering additional third-party subpoenas at this stage and expects to serve additional ones soon.

Dated: October 31, 2025

Respectfully submitted,

/s/ Carl V. Malmstrom
Carl V. Malmstrom
**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC**
111 W. Jackson Blvd., Suite 1700
Chicago, IL 60604
Tel: (312) 984-0000
Fax: (212) 686-0114
malmstrom@whafh.com

Scott Priz
**PRIZ LAW LLC**
3230 S. Harlem Ave., Suite 221B
Riverside, IL 60546
Tel: (708) 762-3143
priz@priz-law.com

*Attorneys for Plaintiff*

/s/ Kevin B. Duff
Kevin B. Duff
**RACHLIS DUFF & PEEL, LLC**
542 S. Dearborn Street, Suite 900
Chicago, IL 60605
Tel: (312) 733-3390
kduff@rdaplaw.net

*Attorney for Defendants Strategic Financial*

*Solutions, LLC and Versara Lending, LLC*