# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| JULIA BRIGGS, on behalf of herself and all others similarly situated, | **)**<br>**)**<br>**)** | |
| *Plaintiff,* | **)**<br>**)**<br>**)**<br>**)** | Case No.: 1:22-cv-3705<br>Judge: Hon. Edmond Chang<br>Magistrate: Hon. Gabriel Fuentes |
| v. | **)**<br>**)** | |
| STRATEGIC FINANCIAL SOLUTIONS, LLC; VERSARA LENDING, LLC; and DOES 1-100, | **)**<br>**)**<br>**)** | |
| *Defendants.* | **)** | |

## PROOF OF SERVICE

I, Carl V. Malmstrom., hereby certify that on December 30, 2025, I caused this Court's Order of December 17, 2025 (ECF No. 135) to be served upon Mr. Thomas Rogus via process server (*see* attached notice of service).

Dated: January 6, 2026

By:   */s/ Carl V. Malmstrom*
Carl V. Malmstrom
**WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ LLC**
111 West Jackson Blvd., Suite 1700
Chicago, IL 60604
Telephone: (312) 984-0000
Facsimile:  (212) 686-0114
malmstrom@whafh.com

*Attorney for Plaintiff Julia Briggs*