## In the United States District Court for Northern District of Illinois

**Julia Briggs,**

      Plaintiff,

vs.

**Strategic Financial Solutions, LLC et al.,**

      Defendant.

**Case No.: 1:22-cv-3705**

**AFFIDAVIT OF SERVICE**

---

I, Ligita A. Hughes, being first duly sworn on oath, depose and say the following:

I am over the age of 18, not a party to this action, and an employee of United Processing, Inc., a licensed private detective agency, license number 117-001101.

On December 29, 2025 at 1:03 PM, **I SERVED** the within Notice of Electronic Filing on Mr. Thomas Rogus in the following manner:

**INDIVIDUAL SERVICE:** By delivering a copy of the Notice of Electronic Filing to Mr. Thomas Rogus personally.

Mr. Thomas Rogus was served at 717 Selborne Road , Riverside, IL 60546.

Description of person process was left with:

Sex: **Male** - Skin: **Caucasian** - Hair: **Black** - Approx. Age: **50** - Height: **5ft11in** - Weight: **220**
Married: Yes      Military: No

Comments: All court papers were given to Thomas Rogus and a accepted such from server. This is the brown brick home with a detached Coachhouse/garage.

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true.

Further the affiant sayeth naught.

X_____
**Ligita A. Hughes**
License(s): Agency:117-001101

United Processing, Inc.
770 N. LaSalle Dr. Suite 615
Chicago, IL 60654
(312) 629-0140
**File #**
**Court Date:**



*862774*