

**Scott Priz <priz@priz-law.com>**

## Briggs v. Strategic, et al: Response to Subpoena

**Heather L. Kramer** <hkramer@rathjelaw.com>                                     Fri, Sep 19, 2025 at 12:39 PM
To: Scott Priz <priz@priz-law.com>
Cc: "Malmstrom, Carl" <malmstrom@whafh.com>, "Timothy D. Elliott" <TElliott@rathjelaw.com>

Scott,

To follow up on our conversation last week, I have confirmed that there is not a narrower set of documents that Ms. Gallagher would be willing produce based on her invocation of the 5th Amendment.

If you intend to file a motion to compel (which is surprising given how overbroad and unduly burdensome the requests are), you can serve Tim and me.

[Quoted text hidden]