**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| JULIA BRIGGS, on behalf of herself and all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) ) ) | Case No.:  1:22-cv-3705<br>Judge: Hon. Edmond Chang<br>Magistrate: Hon. Gabriel Fuentes |
| v. | ) ) | |
| STRATEGIC FINANCIAL SOLUTIONS, LLC; VERSARA LENDING, LLC; and DOES 1-100, | ) ) ) ) | |
| Defendants. | ) | |

**JOINT STATUS REPORT[1]**

In response to this Court's Order of November 3, 2025 (*see* ECF No. 127), the Parties submit the following Status Report:

1.      Plaintiff has, as of today, has served subpoenas upon the following third-parties: Jason Blust; Michelle Gallagher; Ian Behar, Thomas Rogus; Jonathan Schulte; Astarr Peoples; Brian Crespo, and Timothy Burnette, all of whom are individuals with direct or close ties to Defendants, as well as upon the City of Chicago and David Lewis, Chapter 7 Bankruptcy Trustee, who is in possession of documents relating to the purported representation of a law firm related to Defendants.

2.      Brian Crespo, David Lewis, and the City of Chicago have fully complied with Plaintiff's subpoena.

3.      Additionally, Plaintiff has attempted to serve Ryan Sasson, Richard Gustafson II, Cameron Christo, and Melissa Michel, but has, as of now, been unable to do so.  Plaintiff will again attempt service on Richard Gustafson II, and if able to serve, may move this Court for a limited extension of the motion to compel cut-off depending on the results of the subpoena.

---

[1] As Defendants continue to be stayed, Plaintiff has sent Defendants a copy of the status report prior to filing, but they do not otherwise participate in the status report.

4.     After having met and conferred with counsel for Jason Blust and Michelle Gallagher, Plaintiff filed a Motion to Compel Documents from both third parties on February 27, 2026.

5.     Plaintiff has received a response from Jonathan Shulte's attorney and will not be filing a motion to compel against him.

6.     Plaintiff has received a response from Albert Ian Behar's attorney, and Plaintiff and counsel for Behar have agreed on search terms for Behar to review their e-mail.  Plaintiff's counsel has been told that the initial hit list will be completed by the end of this week, and Plaintiff does not currently anticipate filing a Motion to Compel against Behar.  Should that change, Plaintiff may seek to move to court for a limited window to move to compel Mr. Behar's documents.

7.     Timothy Burnette has agreed to produce a limited set of documents, but Plaintiff was unable to come into agreement with Burnette's counsel regarding additional documentation in Burnette's possession.  Plaintiff filed a Motion to Compel additional documents from Burnette on February 26, 2026, and a hearing is scheduled on that Motion for March 5, 2026.  (ECF Nos. 154 and 155).

8.     On December 17, 2025, (ECF No. 135) this Court issued an order compelling Thomas Rogus to produce the subpoena's documents in Plaintiffs third party subpoena. Plaintiff served Rogus this court's order on December 29, 2025.  Plaintiff filed the certificate of service for the service on January 6, 2026.  As detailed in Plaintiff's Motion to show cause filed on February 18, 2026.  (ECF No. 146.)  Although Plaintiff's counsel was able to reach Rogus by phone, but to date, has not received any documents to Plaintiff's subpoena.  Rogus is no longer responding telephonically or over e-mail.

9. Plaintiff attempted personal service of this Court's recent orders and Plaintiff's Motion to Show Cause four times at Rogus's personal home. Pursuant to FCRP 5(b)(2)(c), Plaintiff completed service by mailing by registered mail Rogus Plaintiff's Motion to Show Cause along with this Court's orders dated February 26, 2026 and February 18, 2026.

10. Plaintiff is considering additional third-party subpoenas at this stage and expects to serve additional ones soon.

11. Once Plaintiff has received additional documentation, Plaintiff anticipates deposing relevant third parties shortly.

Dated: February 27, 2026

Respectfully submitted,

*/s/ Carl V. Malmstrom*
Carl V. Malmstrom
**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC**
111 W. Jackson Blvd., Suite 1700
Chicago, IL 60604
Tel: (312) 984-0000
Fax: (212) 686-0114
malmstrom@whafh.com

Scott Priz
**PRIZ LAW LLC**
3230 S. Harlem Ave., Suite 221B
Riverside, IL 60546
Tel: (708) 762-3143
priz@priz-law.com

*Attorneys for Plaintiff*
*and the Proposed Class*