**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

Julia Briggs

                                    Plaintiff,

v.                                          Case No.: 1:22–cv–03705

                                               Honorable Edmond E. Chang

Strategic Financial Solutions, LLC, et al.

                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 23, 2026:

      MINUTE entry before the Honorable Gabriel A. Fuentes: Upon the Court's vacatur (doc. #[182]) of the Order for Civil Contempt (doc. #[172]), the magistrate judge certifies facts to the district court concerning the putative civil contempt by Thomas Rogus as set forth, and for the reasons set forth, in the Certification of Facts for Civil Contempt and Order to Appear. Enter Certification of Facts for Civil Contempt and Order to Appear, which orders Rogus to appear before Judge Edmond E. Chang on the Certification at 10:15 a.m. on May 12, 2026, in Courtroom 2341 of the Dirksen U.S. Courthouse at 219 S. Dearborn St., Chicago, Illinois. Mailed notice. (jn,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.