**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| JULIA BRIGGS, on behalf of herself and all others similarly situated, | **)** | |
| | **)** | |
| | **)** | |
| *Plaintiff,* | **)** | |
| | **)** | Case No. 1:22-cv-3705 |
| | **)** | Judge: Hon. Edmond Chang |
| v. | **)** | Magistrate: Hon. Gabriel Fuentes |
| | **)** | |
| STRATEGIC FINANCIAL SOLUTIONS, LLC; VERSARA LENDING, LLC; and DOES 1-100, | **)** | |
| | **)** | |
| | **)** | |
| *Defendants.* | **)** | |

**PLAINTIFF'S STATUS REPORT ON TIMOTHY BURNETTE PRODUCTION**

In response to this Court's Order of April 13, 2026 (*see* ECF No. 127), Plaintiff Julia Briggs submits the following Status Report on the status of the production of third-party Timothy Burnette's production of emails and other documents.

1.      At the request of counsel for Mr. Burnette, Plaintiff e-mailed proposed search terms to Mr. Burnette's counsel on April 15, 2026.

2.      Plaintiff met and conferred with counsel for Mr. Burnette on March 17 and came to an agreement regarding search terms upon which Mr. Burnette would run a hit list.

3.      Mr. Burnette estimates that they will have the hit list ready by April 29, 2026 at the latest.

4.      Mr. Burnette estimates that he will have the additional responsive, nonprivileged documents that this Court has ordered produced by April 28, 2026, ready by April 30, 2026. Plaintiff has no objection to this brief extension of time.

Dated: April 24, 2026

Respectfully submitted,

*/s/ Carl V. Malmstrom*
Carl V. Malmstrom
**WOLF HALDENSTEIN ADLER
 FREEMAN & HERZ LLC**
111 W. Jackson Blvd., Suite 1700
Chicago, IL 60604
Tel: (312) 984-0000
Fax: (212) 686-0114
malmstrom@whafh.com

Scott Priz
**PRIZ LAW LLC**
3230 S. Harlem Ave., Suite 221B
Riverside, IL 60546
Tel: (708) 762-3143
priz@priz-law.com

*Attorneys for Plaintiff*