**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

JULIA BRIGGS, on behalf of herself and all others similarly situated,

**)**
**)**
**)**

                          *Plaintiff,*

**)**
**)**

Case No.: 1:22-cv-3705
Judge: Hon. Edmond Chang
Magistrate: Hon. Gabriel Fuentes

   v.

**)**
**)**
**)**

STRATEGIC FINANCIAL SOLUTIONS, LLC; VERSARA LENDING, LLC; and DOES 1-100,

**)**
**)**
**)**
**)**

                         *Defendants.*

**)**

**JOINT STATUS REPORT**[1]

In response to this Court's Order of December 15, 2025 (*see* ECF No. 134), the Parties submit the following Status Report:

1.     On April 23, 2026, Judge Wolford in the *CFPB* Action appeared to reopen discovery, setting a due date of July 31, 2026 for mandatory disclosures and May 31, 2027 for motions to compel discovery. *See CFPB et al. v. StratFS, LLC et al.*, Case No: 1:24-cv-40, W.D.N.Y. at ECF No. 867.

2.     In the present case, Plaintiffs are continuing their third-party discovery. On Plaintiff's unopposed motion, Judge Fuentes extended the cut-off for third party discovery in this case to November 1, 2026, and an October 30, 2026, deadline for Plaintiff to amend her operative complaint (*See* ECF No. 180.)

3.     On April 22, 2026, Judge Fuentes also vacated his earlier order for civil contempt against third party Thomas Rogus and certified his findings to this Court for a hearing on May

---

[1] Per Defendants' request, Plaintiff has provided Defendant with the status report prior to filing, but Defendant has not participated in the production of this status report and takes no position.

12, 2026 (*see* ECF Nos. 182-184).  Plaintiff will mail, via USPS with delivery confirmation, a copy of Judge Fuentes's minute entries and Certification on April 24, 2026, as Plaintiff's efforts to personally serve Mr. Rogus have been singularly unsuccessful (*see* ECF Nos. 157 and 177).

Dated:  April 24, 2026

Respectfully submitted,

*/s/ Carl V. Malmstrom*
Carl V. Malmstrom
**WOLF HALDENSTEIN ADLER**
 **FREEMAN & HERZ LLC**
111 W. Jackson Blvd., Suite 1700
Chicago, IL 60604
Tel: (312) 984-0000
Fax: (212) 686-0114
malmstrom@whafh.com

Scott Priz
**PRIZ LAW LLC**
3230 S. Harlem Ave., Suite 221B
Riverside, IL 60546
Tel: (708) 762-3143
priz@priz-law.com

*Attorneys for Plaintiff*