**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| JULIA BRIGGS, on behalf of herself and all others similarly situated, | **)** **)** **)** | |
| *Plaintiff,* | **)** **)** **)** | Case No.:  1:22-cv-3705 Judge: Hon. Edmond Chang Magistrate: Hon. Gabriel Fuentes |
| v. | **)** **)** | |
| STRATEGIC FINANCIAL SOLUTIONS, LLC; VERSARA LENDING, LLC; and DOES 1-100, | **)** **)** **)** | |
| *Defendants.* | **)** | |

### JOINT STATUS REPORT ON DISCOVERY MATTERS[1]

In response to this Court's Order of July 7, 2026 (*see* ECF No. 199), Plaintiff submits the following Status Report:

1.    Following this Court's ruling of April 14, 2026, Counsel for Mr. Burnette produced a number of invoices, financial statements, and payment records for Mr. Burnette's putative law firms.  Plaintiff's counsel has exchanged numerous emails with counsel for Mr. Burnette regarding the production of additional documents pursuant to Plaintiff's subpoena.  Counsel for Mr. Burnette has informed Plaintiff's counsel that they are willing to produce approximately 2,000 documents, but that more documents than that are, by their estimation, "too burdensome."  Counsel for Plaintiff has agreed to narrow the list of search terms on multiple occasions, but at this time, Counsel for Mr. Burnette has not yet produced any further documents responsive to Plaintiff's subpoena.  Counsel for Mr. Burnette has also indicated they reserve their rights to seek costs from Plaintiff

---

[1] Per Defendants' request, Plaintiff has provided Defendants with the status report prior to filing, but Defendants have not participated in the production of this status report and take no position.

related to the production of documents. Counsel for Plaintiff has asked counsel for Mr. Burnette to provide availability for a deposition, which Counsel for Mr. Burnette has not yet provided. Plaintiff's counsel has asked for a meet & confer this week with Counsel for Mr. Burnette to determine if there is a path forward or if Plaintiff will need to conduct further motion practice.

2. On May 26, 2026, Counsel for Richard Gustafson II (who is also counsel for Mr. Burnette) produced a limited number of financial documents (similar to those of Mr. Burnette) pursuant to Plaintiff's subpoena. Counsel for Mr. Gustafson has indicated that once an agreed universe of search terms is agreed to for Mr. Burnette, those search terms will be run for Mr. Gustafson. Plaintiff is currently assessing the need for a motion to compel regarding production of Mr. Gustafson's documents.

3. Since Judge Chang's contempt finding for Mr. Thomas Rogus (ECF Nos. 190-191), Plaintiff's counsel has had no contact with Mr. Rogus. Plaintiff subsequently sent a subpoena to Google, LLC regarding Mr. Rogus's Gmail records and received an unsigned, form response from Google on June 8, 2026. Plaintiff is currently examining relevant case law pursuant to a motion to compel in the Northern District of California and will be subpoenaing the relevant credit reporting agencies to ascertain any kind of financial or bank account information of Mr. Rogus.

4. On July 6, 2026, the City of Chicago served a subpoena, pursuant to their case 2022CH07197 (Cir. Ct. Cook Cty.), for documents upon Plaintiff related to documents Plaintiff's counsel has thus far received in discovery. Plaintiff does not oppose the City of Chicago's subpoena but has been informed by Counsel for Mr. Burnette and Mr. Gustafson that they intend to move for a protective order to block the City's production. Plaintiff awaits the ruling on that motion for a protective order before producing to the City of Chicago.

5.      On June 30,2026,  the Illinois Attorney General served a subpoena, under their case *CFPB, et al. v. StratFS, et al.*, Case No. 1:24-cv-00040 (W.D.N.Y.) for documents upon Plaintiff related to documents Plaintiff's counsel has thus far received in discovery in their case.  Plaintiff does not oppose the Attorney General's subpoena, but Plaintiff anticipates an objection may be made by the same third parties.

6.      Plaintiff has begun deposing various third-party witnesses and expects to conduct several more before the close of discovery.

7.      Plaintiff is in the process of attempting to serve a Mr. Brad Wagner, a former senior employee of Defendants, in the Buffalo area, but has yet not been successful in doing so.  Plaintiff may need to conduct alternate service and expects motion practice in the Western District of New York as a result.

8.      On November 7, 2025, Plaintiff inquired with Defendants regarding the possibility of settlement and was informed that Defendants were not, at that time, interested.  Plaintiff has not had further discussion with Defendants regarding settlement since that time.

Dated: July 14, 2026                              Respectfully submitted,

*/s/ Carl V. Malmstrom*
Carl V. Malmstrom
**WOLF HALDENSTEIN ADLER**
 **FREEMAN & HERZ LLC**
111 W. Jackson Blvd., Suite 1700
Chicago, IL 60604
Tel: (312) 984-0000
Fax: (212) 686-0114
malmstrom@whafh.com

Scott Priz
**PRIZ LAW LLC**
3230 S. Harlem Ave., Suite 221B
Riverside, IL 60546
Tel: (708) 762-3143
priz@priz-law.com

*Attorneys for Plaintiff*