**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| JULIA BRIGGS, on behalf of herself and all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>STRATEGIC FINANCIAL SOLUTIONS, LLC; VERSARA LENDING, LLC; and DOES 1-100,<br>*Defendants.* | ) | Case No.: 1:22-cv-3705<br>Judge: Hon. Edmond Chang<br>Magistrate: Hon. Gabriel Fuentes |

**PLAINTIFF'S UNOPPOSED MOTION**
**<u>FOR EXTENSION OF TIME TO FILE SECOND AMENDED COMPLAINT</u>**

Plaintiff Julia Briggs respectfully requests this Court modify Plaintiff's deadline to file her amended complaint by five (5) weeks to December 4, 2026. In support of her motion, Plaintiff states as follows:

1. On May 5, 2025 (ECF No. 107), Judge Chang gave Plaintiff until April 30, 2026 to file an amended complaint, stating "That is a lengthy time period, but on review of the CFPB action, 1:24-cv-00040 (W.D.N.Y.), that case seems to be still in the midst of substantial litigation with various interested parties and non-parties."

2. On March 17, 2025, Judge Chang referred discovery to Judge Fuentes in this Action which "includ[ed] the authority to adjust all deadlines." This authority was extended on July 6, 2026 (*see* ECF No. 197).

3. As this Court noted on January 7, 2026, Plaintiff's deadlines may be extended upon motion (*see* ECF No. 139).

4. Plaintiff has largely completed discovery, though Plaintiff still has one deposition

scheduled and is awaiting responses to two subpoenas. Plaintiff is contemplating serving one additional subpoena in advance of the discovery deadline of November 2, 2026 (*see* ECF No. 180), but Plaintiff does not, at this stage, anticipate any motion practice in conjunction that final subpoena.

5. Several third-party deponents have requested to read and sign their transcripts in conjunction with their depositions, making it impossible to have final transcripts available in time for the October 30 deadline. Plaintiff expects to rely on those transcripts in part in her allegations for her Second Amended Complaint.

6. As a result, Plaintiff respectfully requests five weeks (including time so as to avoid the Thanksgiving holiday) in order to file her Second Amended Complaint. Plaintiff does not seek an extension of discovery deadlines.

7. Plaintiff has conferred with counsel for Defendants, and the named Defendants take no position.

THEREFORE, Plaintiff respectfully requests this Court enter an order giving Plaintiff until December 4, 2026 to file her amended complaint.

Dated: October 6, 2026

Respectfully submitted,

*/s/ Carl V. Malmstrom*

Carl V. Malmstrom
**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC**
111 W. Jackson Blvd., Suite 1700
Chicago, IL 60604
Tel: (312) 984-0000
Fax: (212) 686-0114
malmstrom@whafh.com

Scott Priz
**PRIZ LAW LLC**
3230 S. Harlem Ave., Suite 221B
Riverside, IL 60546
Tel: (708) 762-3143

priz@priz-law.com

*Attorneys for Plaintiff*