**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Julia Briggs

Plaintiff,

v.

Case No.: 1:22−cv−03705
Honorable Edmond E. Chang

Strategic Financial Solutions, LLC, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, October 19, 2026:

MINUTE entry before the Honorable Edmond E. Chang: (1.) The Plaintiffs extension motion to file the Second Amended Complaint [207] is granted to 12/04/2026. (2.) On review of the status report, R., the CFPB case survived dispositive motions and the Second Circuit appeal; fact discovery is set to close on 07/30/2027 and expert discovery on 03/31/2028. The tracking status hearing of 10/23/2026 for Judge Chang is reset to 12/18/2026 at 8:30 a.m., but to track the case only (no appearance is required, the case will not be called). Instead, the parties shall file a joint status report by 12/11/2026. Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.